PHILLIP A. TALBERT
Acting United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-151 DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING DISCLOSURE OF PERSONAL IDENTIFICATION INFORMATION; ORDER |
| v. | |
| LYNNSI MARGUERITE DUNBAR, KYE AARON DUNBAR and DANIEL HARTE, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant LYNNSI MARGUERITE DUNBAR ("defendant"), by and through her counsel of record, W. Scott Quinlan, hereby file this Stipulation Regarding Disclosure of Sensitive Materials and Personal Identification Information.

    1.    The government possesses, or may come to possess, recordings, documents, reports, or other materials the disclosure of which may ordinarily be required by the government's Rule 16, Jencks Act, or Brady obligations.

    2.    The evidence in this matter also includes personal identification information for others, including but not limited to names, addresses, dates of birth, social security numbers, bank account numbers, IP addresses, email accounts and passwords (collectively "personal information").

    3.    This personal information is found throughout the discovery in this case, which includes,

among other records, thousands of pages of records from banks, other financial institutions and businesses.

4. The parties stipulate, and request the Court to order, that only defense counsel, defense counsel's agents, and the defendant may review the unredacted personal information contained in the discovery, and that defense counsel, defense counsel's agents and the defendant may only use the unredacted personal information or any portion thereof for the specific purpose of preparing or presenting a defense in this matter and for no other purpose.

5. The parties further stipulate, and request the Court to order, that only defense counsel and defense counsel's agents may make copies of any discovery containing unredacted personal information; and that the defendant may make copies for her own use only of any discovery containing unredacted personal information that has been provided to her by her defense counsel or her defense counsel's agents, and may not release any such copies to any third party.

6. The parties further stipulate and request the Court to make its Order applicable to unredacted personal information contained in all of the discovery produced in this case, including any discovery produced after entry of its Order.

7. At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof containing the personal information that defense counsel possesses and/or has distributed to his agents and/or the defendant, except a copy set as necessary to maintain in defense counsel's case file.

8. Accordingly, the parties respectfully request that the Court adopt, and agree to be bound by, the corresponding protective order.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

9. By signing this stipulation, the parties agree to be bound by the above terms, and those of the accompanying proposed order, before and after the Court executes and enters that order.

Dated: October 4, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ BRIAN K. DELANEY
BRIAN K. DELANEY
Assistant United States Attorney

Dated: October 4, 2016

/s/ per email authorization
W. SCOTT QUINLAN
Attorney for Defendant
LYNNSI MARGUERITE DUNBAR

PHILLIP A. TALBERT
Acting United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LYNNSI MARGUERITE DUNBAR, <br> KYE AARON DUNBAR and <br> DANIEL HARTE, <br><br> Defendant. | CASE NO. 1:16-CR-151 DAD-BAM <br><br> [PROPOSED] ORDER REGARDING GOVERNMENT'S DISCLOSURE OF PERSONAL IDENTIFICATION INFORMATION |

The Court has received and considered the jointly-filed Stipulation Regarding Disclosure of Sensitive Materials and Personal Identifying Information between Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant LYNNSI MARGUERITE DUNBAR, by and through her counsel of record, W. Scott Quinlan.

Good cause showing, IT IS HEREBY ORDERED THAT:

1. The evidence in this matter includes personal identification information for others, including but not limited to names, addresses, dates of birth, social security numbers, bank account numbers, IP addresses, email addresses and passwords (collectively "personal information").

2. This personal information is found throughout the discovery in this case, which includes, among other records, thousands of pages of records from banks, other financial institutions and

businesses.

      3.    Only defense counsel, defense counsel's agents, and the defendant may review the unredacted personal information contained in the discovery. Defense counsel, defense counsel's agents and defendant may only use the unredacted personal information or any portion thereof for the specific purpose of preparing or presenting a defense in this matter and for no other purpose.

      4.    Only defense counsel and defense counsel's agents may make copies of any discovery containing unredacted personal information; the defendant may make copies for her own use only of any discovery containing unredacted personal information that has been provided to her by her defense counsel or her defense counsel's agents, and may not release any such copies to any third party.

      5.    At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof containing the personal information that defense counsel possesses and/or has made and distributed to his agents and/or defendant, except a copy set as necessary to maintain in defense counsel's case file.

      6.    This Order shall apply to unredacted personal information contained in all discovery produced in this case, including any discovery produced after entry of this Order.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:    **October 4, 2016**          /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE