1  W. SCOTT QUINLAN, 101269
   Attorney at Law
2  2333 Merced Street
   Fresno, Ca 93721
3  Telephone: (559) 442-0634
   Facsimile: (559) 233-6947
4

5  Attorney for Defendant LYNNSI MARGUERITE DUNBAR

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | No. 1:16-CR-00151 DAD-BAM (001)
12 |           Plaintiff,           | **RULE 43(b)(3) WAIVER OF PERSONAL APPEARANCE ; ORDER**
13 |      v.                        |
14 | LYNNSI MARGUERITE DUNBAR,      |
15 |           Defendant.           |

16

17

18

19        Defendant LYNNSI MARGUERITE DUNBAR is charged with six felony offenses in this

20 proceeding. Pursuant to Federal Rules of Criminal Procedure Rule 43(b)(3) Defendant consents

21 to appearance through counsel W. Scott Quinlan, without Defendant's presence, at any pre-trial

22 status or motion not involving an evidentiary hearing. Defendant requests that the Court allow

23 her to appear through counsel of record at such proceedings.

24

25 Dated: October 11, 2016              /s/ Lynnsi Dunbar
                                        LYNNSI MARGUERITE DUNBAR,
26                                      Defendant

27

28

                                        1

Dated: October 11, 2016 /s/ W. Scott Quinlan
W. SCOTT QUINLAN, Attorney for
Defendant, LYNNSI MARGUERITE DUNBAR

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **October 13, 2016**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE