UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LYNNSI MARGUERITE DUNBAR,<br><br>Defendant. | Case No. 1:16-cr-00151-DAD-BAM-1<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO SEAL AND MOTION TO CONTINUE SENTENCING HEARING<br><br>(Doc. 53) |

The court has reviewed and considered defendant's unopposed motion to continue the sentencing in this case. Good cause appearing, the court GRANTS defendant Lynnsi Dunbar's motion to continue and directs the Clerk of the Court to file defendant's motion to continue under seal. The sentencing hearing as to the above named defendant currently scheduled for June 26, 2017, is continued until **January 8, 2018, at 10:00 a.m.** in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **May 9, 2017**

UNITED STATES DISTRICT JUDGE

1