IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00151-DAD-BAM |
| Plaintiff, | ORDER DENYING MODIFICATION OF SENTENCE WITHOUT PREJUDICE |
| v. | |
| LYNNSI M. DUNBAR, | |
| Defendant. | |

On January 8, 2018, defendant Lynnsi M. Dunbar appeared before the court, represented by counsel, for sentencing following her entry of a plea of guilty to conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349. (Doc. Nos. 73, 74.) Defendant Dunbar was sentenced at that time to the custody of the U.S. Bureau of Prisons for a term of one year and one day. (*Id*.) A voluntary surrender date was set for February 21, 2018. (*Id*.) On June 1, 2018, defendant filed with the court a pro se motion seeking a modification of her sentence due to her pregnancy. (Doc. No. 77.)

Title 18 U.S.C. § 3582 provides that a criminal judgment is final, with limited exceptions. Section 3582(b) sets forth only a few circumstances under which a court has the authority to modify a sentence. A sentence may be modified under subsection (c), which provides that the Director of the Bureau of Prisons may file a motion to reduce the prison term under certain specified circumstances. See § 3582(c)(1). A sentence may also be modified when the

1

Sentencing Commission has lowered a sentencing range and other requirements are satisfied. *See* § 3582(c)(2)). In addition, § 3582(b)(2), applies to sentence corrections pursuant to Federal Rule of Criminal Procedure 35 (i.e., corrections within 14 days after sentencing and reductions for substantial assistance on the Government's motion) and to direct appeals from a sentence pursuant to 18 U.S.C. § 3742. Finally, § 3582 (b)(3) also applies to direct appeals pursuant to 18 U.S.C. § 3742.

None of these provisions apply to the motion filed by defendant Dunbar on her own behalf. It thus appears that the court lacks authority to consider her motion for a modification of her sentence pursuant to 18 U.S.C. § 3582. Accordingly, her motion for modification (Doc. No. 77) will be denied without prejudice to any motion which may be filed by her or on her behalf setting forth the legal basis upon which the court may consider her request.

IT IS SO ORDERED.

Dated: **June 24, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES DISTRICT JUDGE